# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL ACTION |
| | : | |
| **v.** | : | |
| | : | |
| **LEOVIGILDO LEONEL MARTINEZ-DURAN** | : | No. 12-102-1 |
| **USM# 68179-066** | | |

## O R D E R

**AND NOW,** this 24th day of March, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of counsel for the parties and Mr. Martinez-Duran on his own behalf as reported to the Court, pursuant to the protocol approved by this District Court, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 77 months, effective November 1, 2015.

BY THE COURT:

  /s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge